# EXHIBIT A

Complaint Exh. A - 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-700-833

**Effective date of registration:**

February 22, 2010

---

## Title

**Title of Work:** Kiss Earrings with Mermaid Quartz

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com    **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 22, 2010

**Applicant's Tracking Number:** 545.501

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-158**

**Effective date of registration:**

February 22, 2010

## Title

**Title of Work:** Kiss Earrings with Rose Quartz

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007   **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com   **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 22, 2010

**Applicant's Tracking Number:** 545.502



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-177**

**Effective date of registration:**

February 22, 2010

## Title

**Title of Work:** Kiss Necklace with Mermaid Quartz

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com     **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 22, 2010

**Applicant's Tracking Number:** 545.503



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-183**

**Effective date of registration:**

February 23, 2010

## Title

**Title of Work:** Kiss Earrings with Garnet

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com          **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 23, 2010

**Applicant's Tracking Number:** 545.504



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-700-838**

**Effective date of registration:**

February 23, 2010

## Title

**Title of Work:** Kiss Earrings

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com      **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 23, 2010

**Applicant's Tracking Number:** 545.505



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-700-840**

**Effective date of registration:**

February 23, 2010

---

## Title

**Title of Work:** Kiss Necklace

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007      **Nation of 1st Publication:** United States

## Author

■      **Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com      **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 23, 2010

**Applicant's Tracking Number:** 545.506

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-185**

**Effective date of registration:**

February 23, 2010

## Title
Title of Work: Small Kiss Earrings

## Completion/ Publication
Year of Completion: 2007

Date of 1st Publication: May 1, 2007          Nation of 1st Publication: United States

## Author
Author: Nathalie Sherman

Author Created: jewelry design

Work made for hire: No

Citizen of: United States          Domiciled in: United States

## Copyright claimant
Copyright Claimant: Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions
Organization Name: Lewis Kohn & Fitzwilliam LLP

Name: David M. Kohn

Email: dkohn@lewiskohn.com          Telephone: 858-436-1330

Address: 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification
Name: David M. Kohn

Date: February 23, 2010

Applicant's Tracking Number: 545.507

Complaint Exh. A - 14          Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-703-191

**Effective date of
registration:**

February 23, 2010

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Small Kiss Necklace |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | May 1, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Nathalie Sherman | | |
| **Author Created:** | jewelry design | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Nathalie Sherman |
| | 961 Nardo Rd., Encinitas, CA, 92024, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Lewis Kohn & Fitzwilliam LLP | | |
| **Name:** | David M. Kohn | | |
| **Email:** | dkohn@lewiskohn.com | **Telephone:** | 858-436-1330 |
| **Address:** | 10935 Vista Sorrento Parkway | | |
| | Suite 370 | | |
| | San Diego, CA 92130  United States | | |

## Certification

| | |
|---|---|
| **Name:** | David M. Kohn |
| **Date:** | February 23, 2010 |
| **Applicant's Tracking Number:** | 545.508 |

---

Complaint Exh. A - 16



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-703-200

**Effective date of registration:**

February 23, 2010

## Title

**Title of Work:** Small Kiss Earrings

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007        **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com        **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 23, 2010

**Applicant's Tracking Number:** 545.509



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-703-188

**Effective date of registration:**

February 23, 2010

## Title

**Title of Work:** Kiss Necklace in Citrine

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com          **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** February 23, 2010

**Applicant's Tracking Number:** 545.510



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-048-713

**Effective date of registration:**

March 18, 2010

---

## Title

**Title of Work:** Buddha's Kiss

## Completion/Publication

**Year of Completion:** 2010

## Author

**■ Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com          **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** March 18, 2010

**Applicant's Tracking Number:** 545.502

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-068-177

**Effective date of registration:**

March 18, 2010

---

## Title

**Title of Work:** Buddha's Kiss

## Completion/Publication

**Year of Completion:** 2010

## Author

■ **Author:** Nathalie Sherman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nathalie Sherman

961 Nardo Rd., Encinitas, CA 92024, United States

## Rights and Permissions

**Organization Name:** Lewis Kohn & Fitzwilliam LLP

**Name:** David M. Kohn

**Email:** dkohn@lewiskohn.com       **Telephone:** 858-436-1330

**Address:** 10935 Vista Sorrento Parkway

Suite 370

San Diego, CA 92130  United States

## Certification

**Name:** David M. Kohn

**Date:** March 18, 2010

**Applicant's Tracking Number:** 545.502

---

**Correspondence:** Yes

Complaint Exh. A - 24



# EXHIBIT B

Complaint Exh. B - 26



# EXHIBIT C



# 163rd Street Jewels

816.343.8002

HOME   EVENTS   JEWELS   DESIGNER LINES   SERVICES   CONTACT US   CART (0)

## Earrings



**Open Scroll-Work Hoop Earrings**

$14.00

Add to Cart

**Open Leaf-Work Diamond Shaped Earrings**

$12.00

Add to Cart

**Contemporary Frame Hoop Earrings**

$12.00

Add to Cart

**2-Tone Wax Seal Earrings - Infinity**

$14.00

Add to Cart



**Contemporary Frame Hoop Earrings - Brushed Silver**

$12.00

Add to Cart



**Filigree Teardrop Jewel Turquoise**

$18.00

Add to Cart



**Rhinestone Floral Jewel Drop Grey Orange**

$16.00

Add to Cart



**Filigree Teardrop Jewel Peach**

$18.00

Add to Cart



Complaint Exh. C - 31



9919 Carlyle Jewelry

Shopping By Appointment

HOME SERVICES ABOUT US EVENTS CONTACT US

**Open Scroll-Work Hoop Earrings**

$14.00 Add to Cart

**Contemporary Frame Hoop-Brushed Silver**

$12.00 Add to Cart

**Contemporary Frame Hoop-Brushed Gold**

$12.00 Add to Cart

**Infinity Wax Seal**

$14.00 Add to Cart

**Brushed Silver Filigree**

$12.00 Add to Cart

**Brushed Gold Filigree**

$12.00 Add to Cart

**Bright Silver Filigree**

$12.00 Add to Cart

**Bright Gold Filigree**

$12.00 Add to Cart

**Crystal Dazzle Silver & Turqouise**

$24.00 Add to Cart

**Crystal Dazzle Silver**

$24.00 Add to Cart

**Crystal Dazzle Gold & Turqouise**

$24.00 Add to Cart

**Crystal Dazzle Gold**

$24.00 Add to Cart

**Filigree Leaf Earring**

$10.00 Add to Cart

**Open Leaf**

$12.00 Add to Cart

- [Home](#)
- [Parties](#)
-
- [Explore](#)
  - [Accessories](#)
  - [Boots](#)
  - [Clutches & Wallets](#)
  - [Denim](#)
  - [Dresses & Skirts](#)
  - [Handbags](#)
  - [Jackets & Blazers](#)
  - [Jewelry](#)
  - [Outerwear](#)
  - [Pants](#)
  - [Shoes](#)
  - [Sweaters](#)
  - [Tops](#)
  - [Other](#)
-

-
-
- [About](#)
  - [What is Poshmark](#)
  - [FAQs](#)
  - [Copyright Policy](#)
  - [Contact](#)
  - [Blog](#)
-
- [Login](#)
-

**Poshmark is a fun and simple way to buy and sell fashion.**

Shop the closets of women across America – and sell yours too![Learn More »](#)
[Join Now](#)

# Shop the most fashionable closets of women across America – and sell yours too!

# Signup & report this listing.

[Sign up with Facebook](#)

Sign up with Google

[Sign up with Email](#)

If there is a copyright violation, send an email to copyright at poshmark.com

Already a user? [Login here](#)

**Contemporary Frame Hoop Earrings**

- [Size: OS](#)



[stylergirl](#)

https://poshmark.com/listing/52509e0b5a38f3578508c1b8

Posted Oct 05 04:17PM
$12$21
Sold!

**Shop Jan's closet**



More »
Report Listing

43% off Jewelry - Contemporary Frame Hoop Earrings from Jan's closet on Poshmark





https://poshmark.com/listing/52509e0b5a38f3578508c1b8





**Contemporary Frame Hoop Earrings NWT**

- Size: OS

Contemporary Frame Hoop Earrings. Take any look from drab to Fab with a chic pair of hoops! The contemporary framework, combined with stylish worn silver plating makes these extra special!

$4.99 shipping on orders $25 and more. $6.99 shipping on all other orders. This item is final sale.

- LikedLike

Complaint Exh. C - 36

Contemporary Frame Hoop Earrings Other one size by Jan Plyler

- Evening
- Hobo
- Satchel
- Shoulder
- Tote
- Weekend Bags
- Wristlet
- **Designer Boutique**
  - Clothing
  - Accessories
  - Jewelry
  - Shoes
  - Bags
- **Sale**
  - Clothing
  - Accessories
  - Jewelry
  - Shoes
  - Bags
- Sale
- + Sell
  - Sell On Your Own
  - Let Us Sell For You

 Get the Threadflip Mobile App!

Shop, sell and flip for things you love!
Sign up to get access to our premium features
SIGN UP ▶
Thanks for browsing on Threadflip! Please signup or login to continue browsing, shopping, and discovering more style!
Sign Up / Log In

Uh oh: Success! Notice: ×













Contemporary Frame Hoop Earrings Other one size by Jan Plyler





Like  0

Tweet  0

g+1

*Pin it*

4

## comments (1)



stylergirl

1 month ago

Flag

I have this pair and receive LOTS of compliments on them. They are easy to wear everyday. Great "go to" pair!!

Login to comment

http://www.threadflip.com/items/326271-contemporary-frame-hoop-earrings

# CONTEMPORARY FRAME HOOP EARRINGS

$18
49 views (1 user currently viewing!)
BRAND:
[OTHER](#)
 Follow this designer
SIZE:
ONE SIZE
CONDITION:
NEW WITH TAGS
Contemporary Frame Hoop Earrings. Take any look from drab to Fab with a chic pair of hoops! The contemporary framework, combined with stylish worn ... [Read full description](#)
Contemporary Frame Hoop Earrings. Take any look from drab to Fab with a chic pair of hoops! The contemporary framework, combined with stylish worn silver plating makes these extra special!
[Add to cart](#)
or
[Buy it now!](#)
🚚 Free shipping

Buyer Protection Guarantee
Covers your purchase price. [Learn more](#)



[stylergirl](#)
(100% Approval)

7 Satisfied

0 Unsatisfied

[follow](#)
MORE FROM THIS CLOSET

Each package comes with a tracking number which you can find in [My Orders.](#) From that page, click the tracking number for the item to see its shipping status.

If you have any issues with tracking the package, please message the seller directly.

## Shipping

- Turnaround - This item includes Free Shipping and will arrive at your doorstep in 3-10 business days.
- Tracking - Tracking numbers are generated by USPS after a flip is confirmed by the seller. Please allow 1-2 days for this info to be updated in our system.
- International - At present, we only ship to the US - but hang tight world, we're working on this, so check back soon!

## Condition Guidelines:

- New with tags: Original tags and never been worn
- New: Never worn
- Like new: Worn several times but is in superb condition
- Excellent: Worn but doesn't show it
- Good: Visible wear but still in good shape with no stains or tears

## Returns:

We want you to love your flips! Before purchasing, we encourage you to thoroughly review an item's photos, description, and condition, and contact the seller with any questions about the item or their return policy. Returns are at the sellers' discretion.

SELLER INFO