**Attachment to Copyright Form – AO121**

Case No. 14CV0062-H-BLM

Case Title:  Sophia & Chloe v. Jane Envy, LLC et al.

List of Copyrights:

1. Kiss Earrings with Mermaid Quartz, VA 1-700-833 – Author :  Sophia & Chloe
2. Kiss Earrings with Rose Quartz, VA 1-703-158– Author :  Sophia & Chloe
3. Kiss Necklace with Mermaid Quartz, VA 1-703-177– Author :  Sophia & Chloe
4. Kiss Earrings with Garnet, VA 1-703-183 – Author :  Sophia & Chloe
5. Kiss Earrings, VA 1-700-838 – Author :  Sophia & Chloe
6. Kiss Necklace, VA 1-700-840 – Author :  Sophia & Chloe
7. Small Kiss Earrings, VA 1-703-185 – Author :  Sophia & Chloe
8. Small Kiss Necklace, VA 1-703-191 – Author :  Sophia & Chloe
9. Small Kiss Earrings, VA 1-703-200 – Author :  Sophia & Chloe
10. Kiss Necklace in Citrine, VA 1-703-188 – Author :  Sophia & Chloe