CHAPIN FITZGERALD LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@cftriallawyers.com
    Curtis G. Carll, Esq. (SBN: 248470)
    ccarll@cftriallawyers.com
550 West "C" Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Plaintiff
Sophia & Chloe, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sophia & Chloe, Inc.**, *a California corporation*, <br><br> Plaintiff, <br><br> v. <br><br> **Jane Envy, LLC**, *a Texas limited liability company*; <br><br> **Running Wild Wholesale, LLC**, *a Louisiana limited liability company*; <br><br> Defendants. | Case No.: '14CV0062 H  BLM <br><br> **Notice of Related Case** |

**To the Honorable Judge of the United States District court for the Southern District of California, Defendants and their counsel of record**:

Under Local Rule 40.1(f), Plaintiff Sophia & Chloe, Inc. notifies the Court that the following pending action on file in the Southern District of California is related to this action.

| Case Title | Number | Presiding Judge | Filing Date |
|---|---|---|---|
| Sophia & Chloe, Inc. v. Brighton Collectibles, Inc. | 12CV2472-AJB-KSC | Hon. Anthony J. Battaglia | October 11, 2012 |

This matter is related to the *Brighton* action because both involve plaintiff Sophia & Chloe, and both involve similar claims and issues. *Brighton* is a copyright and trade-dress action, with Brighton accused of creating and selling cheap imitations of Sophia & Chloe's products. Specifically, Sophia & Chloe claims that the Brighton is selling a collection of jewelry that is a knock-off of Sophia & Chloe's Kiss collection. The facts of this case are similar. Sophia & Chloe accuses defendants of manufacturing and selling earrings that are exact copies of Sophia & Chloe's Kiss design, and Sophia & Chloe has asserted the same causes of action against Brighton as against defendants.

Assignment of this case to Judge Battaglia would save judicial effort and provide other economies. The same questions of law regarding the copyright protection of plaintiff's Kiss collection will be raised in both litigations. Discovery issues relating to plaintiff and defendants will also be similar.

Dated: January 8, 2014                    CHAPIN FITZGERALD LLP


                              By: /s/ Kenneth M. Fitzgerald
                                  Kenneth M. Fitzgerald, Esq.
                                  Curtis G. Carll, Esq.
                                  Attorneys for Plaintiff
                                  Sophia & Chloe, Inc.